**Order filed, September 26, 2012.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-12-00776-CV

———————

### JOHN POWELL, Appellant

### V.

### MERYER REISWERG AND SUZANNE REISWERG, Appellee

---

**On Appeal from the County Court at Law No 1**
**Galveston County, Texas**
**Trial Court Cause No. CV-00059531**

---

## ORDER

The reporter's record in this case was due **September 17, 2012**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Lynnette D. Erskine**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM